IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELLEN SIMONETTI,

     Plaintiff,

v.

     CIVIL ACTION NO.

     1:05-CV-2321-JEC

DELTA AIR LINES, INC.,

     Defendant.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 28 2005

LUTHER D. THOMAS, Clerk
By _____ Deputy Clerk

**ORDER**

The Court received a Notice of Pendency of Bankruptcy Case and Automatic Stay of Proceedings [2], indicating that the defendant has filed a Chapter 11 bankruptcy and that, pursuant to applicable bankruptcy law, an automatic stay as to any civil actions against the defendant is in effect.

Accordingly, IT IS HEREBY ORDERED that the Clerk **administratively terminate** the action in his records, without prejudice to the right of any party to reopen the proceedings within **30** days of the issuance of an order by the Bankruptcy Court lifting the stay.

SO ORDERED, this 25 day of OCTOBER, 2005.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)